UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
UNITED STATES OF AMERICA           :
                                   :   CONSENT PRELIMINARY ORDER
          - v. -                   :   OF FORFEITURE/
                                   :   MONEY JUDGMENT
ALLIANZ GLOBAL INVESTORS U.S., LLC,:
                                   :   22 Cr. 279 CM ( )
          Defendant.               :
                                   :
---------------------------------- x

WHEREAS, on or about May 17, 2022, ALLIANZ GLOBAL INVESTORS U.S., LLC (the "Defendant"), was charged in a one-count Information, 22 Cr. ___ (CM) (the "Information"), with securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Section 2 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real or personal, constituting or derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency, representing the proceeds traceable to the commission of the offense charged in Count One of the Information that the Defendant personally obtained;

WHEREAS, on or about May 17, 2022, the Defendant pleaded guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28,

United States Code, Section 2461(c), a sum of money equal to $463,063,086 in United States currency, representing the proceeds traceable to the commission of the offense charged in Count One of the Information that the Defendant personally obtained;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $463,063,086 in United States currency, which represents the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Gina Castellano, Richard Cooper, Nicholas Folly, and Margaret Graham, of counsel, and the Defendant, and its counsel, Robert J. Giuffra, Jr., Esq., Stephanie G. Wheeler, Esq., James M. McDonald, Esq., Kathleen S. McArthur, Esq., and Ann-Elizabeth Ostrager, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pleaded guilty, a money judgment in the amount of $463,063,086 in United States currency (the "Money Judgment"), representing the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. The Defendant shall make a payment in the amount of $174,300,000 in United States currency on or before the entry of this Consent Preliminary Order of Forfeiture/Money Judgment (the "Payment"). Upon receipt, the Payment shall be applied in full satisfaction of the Money Judgment.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ALLIANZ GLOBAL INVESTORS U.S., LLC, and shall be deemed part of the sentence of the Defendant and shall be included in the judgment of conviction therewith.

4. The Payment shall be made by wire transfer to the United States Marshals Service pursuant to the wire instructions to be provided to the Defendant by the Government.

5. The United States Marshals Service is authorized to deposit the Payment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

7. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          5/16/22
    Gina Castellano                       DATE
    Richard Cooper
    Nicholas Folly
    Margaret Graham
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2224/1027/1060/2923


ALLIANZ GLOBAL INVESTORS U.S., LLC

By: _____          _____
    John Viggiano, Esq.                   DATE


By: _____          _____
    Richard J. Giuffra, Jr., Esq.         DATE
    Stephanie G. Wheeler, Esq.
    James M. McDonald, Esq.
    Kathleen S. McArthur, Esq.
    Ann-Elizabeth Ostranger, Esq.
    Sullivan and Cromwell, Attorneys for Defendant
    125 Broad Street
    New York, New York 10004


SO ORDERED:
_____         5/17/22
HONORABLE LORETTA A. PRESKA              DATE
UNITED STATES DISTRICT JUDGE

7. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          _____
    Gina Castellano                                                              DATE
    Richard Cooper
    Nicholas Folly
    Margaret Graham
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2224/1027/1060/2923


ALLIANZ GLOBAL INVESTORS U.S., LLC

By: _____          5-17-2022
    John Viggiano, Esq.                                                      DATE


By: _____          _____
    Richard J. Giuffra, Jr., Esq.                                           DATE
    Stephanie G. Wheeler, Esq.
    James M. McDonald, Esq.
    Kathleen S. McArthur, Esq.
    Ann-Elizabeth Ostranger, Esq.
    Sullivan and Cromwell, Attorneys for Defendant
    125 Broad Street
    New York, New York 10004


SO ORDERED:


_____                              _____
HONORABLE LORETTA A. PRESKA                              DATE
UNITED STATES DISTRICT JUDGE

7. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          _____
     Gina Castellano                                                                    DATE
     Richard Cooper
     Nicholas Folly
     Margaret Graham
     Assistant United States Attorneys
     One St. Andrew's Plaza
     New York, NY 10007
     (212) 637-2224/1027/1060/2923


ALLIANZ GLOBAL INVESTORS U.S., LLC

By: _____          _____
     John Viggiano, Esq.                                                              DATE

By: *[signature: Robert J. Griffith]*                                5/17/2022
     Richard J. Giuffra, Jr., Esq.                                                   DATE
     Stephanie G. Wheeler, Esq.
     James M. McDonald, Esq.
     Kathleen S. McArthur, Esq.
     Ann-Elizabeth Ostranger, Esq.
     Sullivan and Cromwell, Attorneys for Defendant
     125 Broad Street
     New York, New York 10004

SO ORDERED:


_____          _____
HONORABLE LORETTA A. PRESKA                   DATE
UNITED STATES DISTRICT JUDGE