## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 4, 2022

Via ECF

The Honorable Colleen McMahon
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    U.S. v. Allianz Global Investors U.S. LLC, 22 Cr. 00279 (CM)

Dear Judge McMahon:

      We write on behalf of Defendant Allianz Global Investors U.S. LLC ("AGI US") in connection with the plea agreement entered in the above-referenced case on May 17, 2022.

      Pursuant to Exhibit G to the plea agreement, AGI US is required to pay restitution of $9,361.30 to Christine Schneider. After numerous unsuccessful attempts to contact Ms. Schneider to pay the required restitution, AGI US discovered through public records searches that Ms. Schneider is deceased. AGI US therefore requests that the Court order it to pay the $9,361.30 in restitution that was due to Ms. Schneider to the Federal Crime Victims Fund, pursuant to 18 U.S.C § 3664(g)(2).

      The Government consents to this request.

      Respectfully submitted,

      *James M. McDonald*

      James M. McDonald

Cc:    Nicholas Folly, Esq.
        Margaret Graham, Esq.
        Allison Nichols, Esq.
        (U.S. Attorney's Office)