# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

___

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

*MEMO ENDORSED*

4/27/23

Sentencing Adjourned to July 12, 2023 at 2pm

/s/ Colleen McMahon

April 5, 2023

Via ECF

The Honorable Colleen McMahon
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    U.S. v. Allianz Global Investors U.S. LLC, 22 Cr. 00279 (CM)

Dear Judge McMahon:

      We write on behalf of Defendant Allianz Global Investors U.S. LLC ("AGI US") to request a 30-day adjournment of the May 17, 2023 control date for sentencing in the above-referenced matter. There has been one previous request for an adjournment or extension in this matter.

      As a result of the corporate guilty plea by AGI US, one of AGI US's affiliates, PIMCO, has applied to the U.S. Department of Labor for a waiver from disqualification from utilizing the Qualified Professional Asset Manager ("QPAM") exemption under the Employee Retirement Income Security Act of 1974. Any QPAM waiver must be in place at the time of sentencing in order to prevent PIMCO from being automatically disqualified from utilizing the QPAM exemption. The Department of Labor published the proposed QPAM exemption in the Federal Register on March 28, 2023 and gave the public until May 12, 2023 to comment on it. We anticipate that the Department of Labor will need an additional 30 days after the public comment period closes to consider the comments and make a final determination with respect to the requested exemption. The requested 30-day extension would afford PIMCO the additional time necessary for its requested exemption to be fully considered by the Department of Labor.

      The Government consents to this request.

Respectfully submitted,

/s/ James M. McDonald

James M. McDonald

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/23

The Honorable Colleen McMahon -2-

Cc: Margaret Graham, Esq.
Nicholas Folly, Esq.
Allison Nichols, Esq.
(U.S. Attorney's Office)

Paul Hay
(Probation Office)