✎AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

UNITED STATES OF AMERICA
### V.

Allianz Global Investors U.S. LLC

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER:  22 CR. 279 (CM)

James M. McDonald & Stephanie G. Wheeler
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

☑ pleaded guilty to count(s)   1

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 15 U.S.C. §§ 78j(b),78ff; | Securities Fraud | 3/31/2020 | 1 |
| 17 C.F.R. § 240.1 0b-5; | | | " |
| and 18 U.S.C. § 2 | | | " |

The defendant organization is sentenced as provided in pages 2 through   8   of this judgment.

☐ The defendant organization has been found not guilty on count(s)

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:   010645160

Defendant Organization's Principal Business Address:

1633 Broadway
New York, NY 10019-7585
USA

7/12/2023
Date of Imposition of Judgment

Signature of Judge

Colleen McMahon                    U.S.D.J.
Name of Judge                      Title of Judge

7/12/2023
Date

Defendant Organization's Mailing Address:

SAME

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/12/23

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 2 — Probation

DEFENDANT ORGANIZATION: Allianz Global Investors U.S. LLC
CASE NUMBER:  22 CR. 279 (CM)

Judgment—Page   2   of   8

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :

FIVE (5) YEARS

The defendant organization shall not commit another federal, state or local crime.

     If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant organization must comply with the standard conditions that have been adopted by this court as well as with   any additional conditions on the attached page (if indicated below).

See additional condition on next page.

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2A — Probation

DEFENDANT ORGANIZATION:  Allianz Global Investors U.S. LLC                Judgment—Page ___3___ of ___8___
CASE NUMBER:  22 CR. 279 (CM)

## ADDITIONAL PROBATION TERMS

In addition to the standard conditions of Probation, it is a condition of Defendant's Probation that, until and unless it is
dissolved, Defendant cooperate fully with the Government in any and all matters relating to the conduct described in the
Plea Agreement and promptly report any evidence or allegations it learns of concerning conduct that may constitute a
violation of the securities laws involving employees or agents of AGI US.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
          Sheet 3 — Criminal Monetary Penalties

DEFENDANT ORGANIZATION: Allianz Global Investors U.S. LLC
CASE NUMBER:  22 CR. 279 (CM)

Judgment — Page __4__ of __8__

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 2,331,189,703.78 | $ 3,238,748,199.69 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| See Exhibit G to plea agreement (filed under seal). | $3,238,748,199.69 | $3,238,748,199.69 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $ 3,238,748,199.69 | $ 3,238,748,199.69 |  |

☐ Restitution amount ordered pursuant to plea agreement $ 3,238,748,199.69

☑ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 4 — Schedule of Payments

DEFENDANT ORGANIZATION: Allianz Global Investors U.S. LLC

CASE NUMBER: 22 CR. 279 (CM)

Judgment — Page   5   of   8

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

       ☐ not later than _____ , or
       ☐ in accordance with ☐ C or ☐ D below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☑ Special instructions regarding the payment of criminal monetary penalties:

  See following page.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☑ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

    $463,063,086 in United States currency.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 4B — Schedule of Payments

DEFENDANT ORGANIZATION:  Allianz Global Investors U.S. LLC
CASE NUMBER:   22 CR. 279 (CM)

Judgment — Page   6   of   8

## ADDITIONAL PAYMENT INFORMATION

Defendant is ordered to pay:

(1) a Fine in the amount of $2,331,189,703.78.  According to Plea Agreement, the Government agreed to credit against the Fine Amount (i) $1,887,550,009 in payments made by AGI US, or its corporate parent(s) or affiliate(s), to victims listed on Exhibit G to the Plea Agreement in excess of, for each victim, the restitution amount corresponding to that victim and (ii) the $675 million civil monetary penalty paid by AGI US to the Securities and Exchange Commission in connection with AGI US's parallel resolution with the SEC.

(2) Restitution in the amount of $3,238,748,199.69. According to Plea Agreement, the Government has agreed to credit against the Stipulated Restitution Amount (i) payments made to victims listed on the restitution schedule at Exhibit G to the Plea Agreement and (ii) a payment of $131,314,739.08 to victims listed in AGI US's parallel resolution with the SEC pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002.

(3) Forfeiture in the amount of $463,063,086. (See Forfeiture Signed by the Court 7/12/23).

(4) a special assessment in the amount of $400.

As of the date of sentence, the Fine, Restitution, and Forfeiture have been paid in full.

The $400 special assessment is due and owing immediately.