# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2024

July 16, 2024

Via ECF

The Honorable Colleen McMahon
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:    U.S. v. Allianz Global Investors U.S. LLC, 22 Cr. 00279 (CM)

Dear Judge McMahon:

We write on behalf of Defendant Allianz Global Investors U.S. LLC ("AGI US") to request early termination of probation following the corporate dissolution of AGI US. Attached hereto as Exhibit A is a copy of the Certificate of Cancellation of AGI US from the Delaware Secretary of State, dated June 14, 2024. AGI US's dissolution was contemplated at the time of the May 17, 2022 Plea Agreement, which provides that "should the defendant dissolve as a corporate entity, the defendant may petition the Court for early termination of probation" and the United States Attorney's Office for the Southern District of New York "will consent to such early termination." (Plea Agreement at 6.)

During AGI US's sentencing on July 12, 2023, the Government informed the Court that, "while you have sentenced [AGI US] to a term of five years' probation, we anticipate that they will dissolve soon, and so at that time we're going to write your Honor and propose termination of probation." (U.S. v. *Allianz Global Investors U.S. LLC*, No. 22-cr-00279, Transcript of Proceedings on July 12, 2023 at 14, Dkt. No. 22.) The Court responded, "[w]hen the corporation dies, we will indeed terminate supervision." (*Id.*)

7/16/2024

Probation terminated early due to corporate dissolution. CM

The Honorable Colleen McMahon                                              -2-

        Accordingly, now that AGI US has dissolved as a corporate entity, we respectfully request that the Court terminate supervision, as contemplated under the Plea Agreement and at sentencing. The Government does not object to this request.

Respectfully submitted,

James M. McDonald

Cc:    Nicolas Roos, Esq.
       Thomas Burnett, Esq.
       Sarah Mortazavi, Esq.
       (U.S. Attorney's Office)

       Paul Hay
       (Probation Office)